DANIEL MALAKAUSKAS, *Cal. Bar. No. 265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242/Fax: 888-802-2440
Email: daniel@malakauskas.com

Attorney for Plaintiff: *Meryl Pomponio*

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **MERYL POMPONIO**, <br><br> Plaintiff, <br><br> v. <br><br> **JABRA TARAZI**, as an individual and doing business as "PrimeTime Autos", **DANIEL KATSAROS,** as an individual and as trustee for the Daniel Katsaros Revocable Trust, and as a trustee for the Georgetta F. Katsaros Residual Trust, and **DOES** 1-50, Inclusive, <br><br> Defendants. | Case No.: **2:18-cv-2259-KJM-KJN** <br><br> **ORDER GRANTING REQUEST FOR LEAVE TO AMEND THE COMPLAINT** |

## <u>ORDER</u>

**IT IS HEREBY ORDERED**, good cause shown, plaintiff is GRANTED leave to file her First Amended Complaint within fourteen (14) days of filing date of this order.

DATED:  June 7, 2019.

_____
UNITED STATES DISTRICT JUDGE